Robert C. Papa, Jr., Esq.
Bar No.: 015381995
CORRADINO & PAPA, LLC
955 Allwood Road
Clifton, New Jersey 07012
(973) 574-1200
Attorney for Plaintiff

| | |
|---|---|
| WILLIAM CORADO-LEMUS,<br><br>          Plaintiff,<br><br>v.<br><br>SLAYMAKER LOGISTICS, LLC, ANDREW L. MILLER, JOHN DOE I-X (said names being fictitious, true names presently unknown), ABC CORP. I-X (said names being fictitious, true names presently unknown), XYZ EMPLOYER I-X, (said names being fictitious, true names presently unknown), ABC MAINTENANCE CORP. I-X (said names being fictitious, true names presently unknown), DEF BROKERAGE CORP I-X (said names being fictitious, true names presently unknown),<br><br>          Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>D.N.J., 2:19-cv-09437-CCC-MF<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** in difference in the above-entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against all parties with prejudice.

BARRETT LAZAR, LLC

By: _____
ROBERT F. CLARK, ESQ.
Attorney for Defendants

CORRADINO & PAPA, LLC

By: _____
ROBERT C. PAPA, JR., ESQ.
Attorney for Plaintiff

Dated: March 26, 2021

SO ORDERED
*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 7/7/2021

CORRADINO & PAPA, LLC
955 ALLWOOD ROAD
CLIFTON, NEW JERSEY 07012
(973) 574-1200